No. 11–94.  SOUTHERN UNION CO. *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari granted.

No. 11–199.  VASQUEZ *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari granted.

No. 11–204.  CHRISTOPHER ET AL. *v.* SMITHKLINE BEECHAM CORP., DBA GLAXOSMITHKLINE.  C. A. 9th Cir.  Certiorari granted.

No. 11–5683.  DORSEY *v.* UNITED STATES; and

No. 11–5721.  HILL *v.* UNITED STATES.  C. A. 7th Cir.  Motions of petitioners for leave to proceed *in forma pauperis* granted.  Certiorari granted, cases consolidated, and a total of one hour is allotted for oral argument.  Reported below: No. 11–5683, 635 F. 3d 336; No. 11–5721, 417 Fed. Appx. 560.

No. 10–1474.  CHEIN *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 10–1518.  FISHER ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 10–10273.  MCAFEE *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10–10310.  PHILLIPS *v.* CITY OF RENTON, WASHINGTON.  Sup. Ct. Wash.  Certiorari denied.

No. 10–10358.  V. G. *v.* SACRAMENTO COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 10–10536.  WALKER *v.* HONYAOUMA.  C. A. 9th Cir.  Certiorari denied.

No. 10–10607.  ALAMO VILLEGAS ET AL. *v.* BERRIOS CASTRODAD ET AL.  Sup. Ct. P. R.  Certiorari denied.